

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00411-CV

**IN THE INTEREST OF M.G.P. & D.J.P.**, minor children

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2014-06-30038-CV
Honorable Spencer Whitewood Brown, Judge Presiding

PER CURIAM

Sitting:        Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Jason Pulliam, Justice

Delivered and Filed:  August 26, 2015

DISMISSED

A copy of appellant's notice of appeal was filed in this court on July 6, 2015. The trial court extended appellant's time to pay the filing fee to July 17, 2015. Our record contains no evidence appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. On July 27, 2015, this court ordered appellant to show cause in writing by August 3, 2015, that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. Appellant was advised that if she failed to respond within the time provided, this appeal would be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c). Appellant did not respond or pay the filing fee.

The appeal is DISMISSED for failure to pay the filing fee. *See id.*

PER CURIAM